IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NICHOLAS NORRIS KERR,

    Petitioner,

v.                                                                    5:15cv6-WS/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

    Respondent.

_____

ORDER DENYING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

    Before the court is the magistrate judge's report and recommendation (doc. 15) docketed March 14, 2017. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner has filed objections (doc. 15) to the magistrate judge's discussion of "Ground 1: Search and Seizure of the Vehicle."

    Upon review of the record and law in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 14) is adopted and incorporated by reference in this order of the court.

2. Petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this ___27th___ day of ___March___, 2017.


          s/ William Stafford
          WILLIAM STAFFORD
          SENIOR UNITED STATES DISTRICT JUDGE